UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEROME BARNETT,

                      Plaintiff,

-against-

WESTCHESTER COUNTY, et al.,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2021

18 CIVIL 2483 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 7, 2021, Defendant's motion to dismiss is GRANTED. Plaintiff's remaining claims and complaint are dismissed with prejudice.

**Dated:** New York, New York

        November 3, 2021

                                                          RUBY J. KRAJICK

                                                          Clerk of Court

                              BY:

                                                           Deputy Clerk